```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  SAMYA BURNEY, Bar #224049
    Staff Attorney
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  ROCKY M. EVANS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  1:10-mj-00180 SMS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE  HEARING; ORDER THEREON |
| v. | ) ) | |
| ROCKY M. EVANS, | ) | DATE:   December 2, 2010 |
| Defendant. | ) ) | TIME:    10:00 A.M. JUDGE:  Honorable Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-entitled matter now scheduled for October 28, 2010, may be continued to December 2, 2010 at 10:00 A.M.

This continuance is requested by counsel for the defendant as the parties are continuing negotiation of a plea offer in this matter, and counsel will need time to review any plea offer with the defendant prior to hearing.  Assistant United States Attorney Laurel Montoya has no objection to the requested continuance.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

No exclusion of time is necessary because this case involves Class B misdemeanors and does not fall within the Speedy Trial Act.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 13, 2010

/s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 13, 2010

/s/ Samya Burney
SAMYA BURNEY
Staff Attorney
Attorney for Defendant
Rocky M. Evans

## **ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-entitled matter now scheduled for October 28, 2010, is continued to December 2, 2010 at 10:00 A.M. in Courtroom 7.

IT IS SO ORDERED.

**Dated:   October 15, 2010**           /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status
Conference Hearing; Order Thereon